## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**TERRANCE COLEMAN**                                                    **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 1:22-cv-00350-BWR**

**MIKE EZELL, et al.**                                               **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [30] for Summary Judgment filed by Defendants Mike Ezell and Jackson County, Mississippi, is **GRANTED**.  This civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this 23rd day of August, 2024.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE